IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

LEE SCHNITZER TRUSTEE )
and PAMELA JOHNSEN TRUSTEE, )
)
Plaintiffs, ) TC-MD 111099C
)
v. )
)
JACKSON COUNTY ASSESSOR, )
)
Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

On February 10, 2012, the court sent the parties an Order instructing Plaintiffs to file a response to Defendant's request for dismissal by February 20, 2012. The Order advised that failure to comply with the deadline would result in dismissal of Plaintiffs' appeal.

Plaintiffs' deadline has passed and the court has not received the Plaintiffs' response to Defendant's request for dismissal or any further communication from Plaintiffs. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ___ day of March 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Dan Robinson on March 12, 2012. The Court filed and entered this document on March 12, 2012.*

DECISION OF DISMISSAL  TC-MD 111099C                                                      1